UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br>MUTUAL OF OMAHA INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No. 3:26-cv-5538-TMC<br><br>AETNA HEALTH AND LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Aetna Health and Life Insurance Company (hereinafter "Aetna") hereby files its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a)(1).

Aetna is not a publicly traded corporation. Aetna has no parent corporation. It is wholly owned by Aetna, Inc., which is in turn wholly owned by CVS Pharmacy, Inc., which is in turn wholly owned by CVS Health Corporation, a publicly traded company.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Aetna will file a supplemental statement if any of the above information changes.



**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

DATED this 2nd day of June, 2026.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/John C. Versnel, III*
John C. Versnel, III, WSBA No. 17755
Of Attorneys for Aetna Health and Life Insurance Company

520 Pike Street, Suite 2350
Seattle, WA 98101
206.709.5900 (Main)
206.709.5901 (Fax)
john.versnel@wilsonelser.com

DATED this 2nd day of June, 2026.

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: */s/Mark S. Eisen*
Mark S. Eisen
ISBA No. 6312738
Of Attorneys for Aetna Health and Life Insurance Company

71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
312.212.4956 (Main)
meisen@beneschlaw.com

## CERTIFICATE OF SERVICE

I hereby declare that on this day I caused the foregoing document to be served upon all individual(s) listed below by the following means:

| PARTY/COUNSEL | DELIVERY METHOD |
|---|---|
| **Counsel for Plaintiff:**<br>Peter Schneider<br>Northwest Debt Resolution, LLC<br>10900 4th street, Suite 2300<br>Bellevue, WA 98004 | [X] E-Filed/E-mail |
| **Counsel for Defendant Mutual of Omaha Insurance Company**<br>Patrick J. Fitzgerald<br>Watstein Terepka LLP<br>75 14th Street NE, Ste. 2600<br>Atlanta, Georgia 30309 | [X] E-Filed/E-mail |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated on this 2nd day of June, 2026 at Seattle Washington.

*s/Josie J. Westmoreland*
Josie J. Westmoreland. Legal Assistant
Josie.westmoreland@wilsonelser.com



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)