UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | NO. 3:26-cv-05538-TMC<br><br>DECLARATION OF LORI RODMAN |

I, Lori Rodman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2. I am the Manager, Business Compliance, Medicare Supplement & Ancillary of CVS Health Corporation, the indirect corporate parent of Aetna Health & Life Insurance Company ("AHLIC"), the defendant in the above-captioned matter. I have been employed by CVS Health Corporation for 14 years.

3. I have reviewed the Complaint filed by Ron Littman against AHLIC.

4. AHLIC does not do business as any of the entities identified in the Complaint: "U.S. Funeral Expenses," "American Benefits," "Infinity Health Clinic," "Healthcare Benefits," "Senior Solutions," "American United Health," or "Senior Financial Solutions."

5. AHLIC does not use the outbound numbers identified in Paragraph 34 of Plaintiff's Complaint.

6. AHLIC does not sell life insurance products. AHLIC does not control the manner and means in which independent insurance agents contact consumers, and does not direct such persons to make outbound calls.

7. AHLIC did not have knowledge of any outreach to Mr. Littman and did not direct any outreach to Mr. Littman. AHLIC has no record of outbound calls to Mr. Littman.

8. I am aware of many subsidiaries and affiliates of CVS Health Corporation that include "Aetna" in the name, of which AHLIC is just one.

9. Plaintiff alleges the purchase of two policies, each beginning #ACC. AHLIC *does not* issue policies that begin with #ACC.

10. AHLIC is a Connecticut corporation headquartered in Connecticut. AHLIC does not have any offices in Washington.

11. AHLIC does not employ any staff engaged in telemarketing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed by:
Lori Rodman
51146D669164413...

Lori Rodman

Executed on July 1, 2026.