Mallory L. B. Satre, WSBA #50194
Benjamin C. Woodruff, WSBA #56618
**SNELL & WILMER L.L.P.**
600 University Street, Suite 310
Seattle, Washington 98101
Telephone: (206) 741-1420
msatre@swlaw.com; bwoodruff@swlaw.com

Jenna S. Schneider (admitted *PHV*)
Patrick J. Fitzgerald, WSBA No. 62484
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 400-3382
jschneider@wtlaw.com; pfitzgerald@wtlaw.com

*Counsel for Defendant Mutual of Omaha Insurance Company*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No. 3:26-cv-05538-TMC<br><br>**DECLARATION OF MAHA PETERSON IN SUPPORT OF DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S MOTION TO DISMISS** |

I, Maha Peterson, declare and state under penalty of perjury as follows:

1. My name is Maha Peterson. I am over the age of 18 and am competent to provide this declaration.

2. I am authorized by Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") to sign this Declaration in support of Mutual of Omaha's Motion to Dismiss in the

above-captioned action.

3. I am the Director of Policyowner Operations for Mutual of Omaha. I am familiar with Mutual of Omaha's corporate structure and with the manner in which Mutual of Omaha markets, distributes, and sells its insurance products. In my role, I am also familiar with how Mutual of Omaha creates and maintains its policy, application, and customer-account records. Those records are made at or near the time of the events they describe, by (or from information transmitted by) persons with knowledge, and are kept in the course of Mutual of Omaha's regularly conducted business activity. It is the regular practice of Mutual of Omaha to make and keep such records.

4. During the ordinary course of my regularly conducted business, I have access to, and personal knowledge of, the business records generated and maintained by Mutual of Omaha and its subsidiaries and affiliates. The information contained herein is based upon my personal knowledge, along with my review of the business records, policies, and/or electronic databases and reports generated and maintained in the ordinary course of Mutual of Omaha's regularly conducted business. To the extent any statement in this Declaration is not based on my personal knowledge, it is based on information provided to me by Mutual of Omaha personnel with knowledge of the relevant facts who can attest to it, and on my review of the business records described herein.

5. Mutual of Omaha is a mutual insurance and financial services company organized and existing under the laws of the State of Nebraska. Mutual of Omaha is not, and has never been, organized or incorporated under the laws of the State of Washington.

6. Mutual of Omaha's headquarters and principal place of business are located at Mutual of Omaha Plaza, Omaha, Nebraska. Neither Mutual of Omaha's headquarters nor its principal place of business is, or has ever been, located in the State of Washington.

7. Mutual of Omaha does not own any real property in Washington and does not maintain any corporate offices in Washington. None of Mutual of Omaha's executive officers

are based in Washington, and the substantial majority of its workforce is located in other states.

8. Mutual of Omaha markets and sells its insurance products through licensed independent agents, brokers, and/or independent third-party marketing organizations that are not employed by Mutual of Omaha, in addition to other methods.

9. Mutual of Omaha does not employ or contract with any of the identified entities to conduct telemarketing on Mutual of Omaha's behalf. To the extent any similarly named entity is contracted and/or appointed with Mutual of Omaha, that relationship would be in an independent producer capacity, where Mutual of Omaha is one of multiple carriers whose products may be offered, rather than a direct relationship in which the entity is engaged specifically to solicit or market Mutual of Omaha products.

10. Mutual of Omaha did not place the telephone calls to Plaintiff Ron Littman that are described in the Complaint.

11. Mutual of Omaha did not select Plaintiff, or any other Washington resident, as a recipient of any telephone call described in the Complaint. Mutual of Omaha did not compile, provide, or direct the use of any list of telephone numbers to be called, and did not determine when, where, or to whom the calls described in the Complaint were placed.

12. Mutual of Omaha did not instruct any person to identify themselves using a false or fictitious business name, or to transmit inaccurate or masked caller-identification information.

13. To the extent Mutual of Omaha is authorized to transact insurance business in Washington, any such general business activity did not give rise to, the telephone calls that form the basis of Plaintiff's claims.

14. Attached as **Exhibit A** is a true and correct copy of a Mutual of Omaha business record: Plaintiff Ron E. Littman's signed Application for Individual Dental Insurance for policy No. 796259-97, dated July 23, 2025. The application reflects Mr. Littman's name, his residence in University Place, Washington, the cellular telephone number he provided to Mutual of Omaha, and his signature.

15. Mutual of Omaha's business records further reflect that policy No. 796259-97 took effect on July 23, 2025; remained in force from that date until it was terminated at Mr. Littman's request effective March 25, 2026; and that the cellular telephone number Mr. Littman provided on his application is the same number he later asked Mutual of Omaha to place on its do-not-call list in January 2026.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 1st day of July, 2026, in Omaha, Nebraska.

Maha Peterson, Director

Digitally signed by Maha Peterson, Director
Date: 2026.07.01 14:52:01 -05'00'

Mutual of Omaha Insurance Company