# EXHIBIT A

Application for Individual Dental Insurance

Policy No. 796259-97 | Executed July 23, 2025

Internal Tracking Code ______________
Group # (if applicable) ______________

MUTUAL of OMAHA

Underwritten by
Mutual of Omaha Insurance Company

3300 Mutual of Omaha Plaza
Omaha, Nebraska 68175

# Application for Individual Dental Insurance

## A. Applicant Information

| | |
|---|---|
| Name (First, Middle Initial, Last)<br>Ron E Littman | Phone Number<br>Home 2536049365 Cell |
| Residence Address (Street, City, State, ZIP)<br>6022 hannah pierce rd w apt b , University Place , WA 98467 | E-mail<br>rbackdive@aol.com |
| Mailing Address (Street, City, State, ZIP) (if different from residence address) | Deliver Policy to<br>☑ Applicant ☐ Producer |

| | | |
|---|---|---|
| Gender<br>☑ Male ☐ Female | Date of Birth<br>[redacted]1967 | Social Security Number<br>[redacted] |

## B. Plan Information

| Select Dental Benefit Plan | Select Annual Maximum | |
|---|---|---|
| ☑ Mutual Dental Preferred<br>☐ Mutual Dental Protection | ☐ $1,500<br>☐ $3,000<br>☑ $5,000 | **Requested Effective Date** 07/23/2025<br>**Monthly Premium Rate for Dental $** 77.10 |

## C. Existing Coverage Information

Are you covered by any other dental insurance? .................... ☐ Y ☑ N

**If Yes, answer the following about this existing coverage:**

Name of dental carrier(s) ______________________________

Is the coverage you are applying for replacing existing dental insurance? .................... ☐ Y ☐ N

## D. Agreements

I represent the information above is true and complete to the best of my knowledge and belief. Any incorrect or misleading answers may void this application and any issued policy. I understand that no insurance shall take effect until a policy is issued and the first premium is received by Mutual of Omaha during my lifetime.

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Electronically signed by Ron Littman 07/23/2025 UNIVERSITY PLA( WA
Applicant Signature Date Signed at City State

I/We acknowledge that if the applicant is replacing coverage, I/We have provided a copy of the replacement notice, if applicable.

Electronically signed by ABIGAIL MONIQUE NAYEL SHILLINGFO 07/23/2025
Signature of Licensed Insurance Producer Date

ABIGAIL MONIQUE NAYEL SHILLINGFORD 0927324 100.00 %
Printed Name Agent Writing Number Comm. % Share

______________________________________________
Signature of Licensed Insurance Producer Date

______________________ ______________ ________ %
Printed Name Agent Writing Number Comm. % Share

WF-LITTMAN-000098