HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | NO: 3:26-cv-05538-TMC<br><br>DECLARATION OF RON LITTMAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO AETNA HEALTH AND LIFE INSURANCE COMPANY'S MOTIONS TO DISMISS |

1. I, Ron Littman, am over the age of eighteen and otherwise competent to be a witness in this matter. I make this declaration based on my personal knowledge.
2. I am the Plaintiff in the above captioned case.
3. I am a resident of Washington State and was so at all times relevant to the complaint.
4. Between 8/11/25 and 2/20/26 I received a total of twenty-six (26) telemarketing calls, to my personal cell phone, phone number 253-604-9365, from telemarketers trying to sell me final expense policies from Aetna.
5. On 9/24/2025 I received an unwanted phone call to my cell phone number from a man who said he he wanted to sell me an Aetna final expense insurance policy.



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

Doc ID: 28d728c71ea084d5cb5e657b96cc9696664cfab9

6. I decided to purchase an Aetna policy to confirm that he did in fact sell Aetna insurance and was working for Aetna. I told the Aetna agent I lived in zip code 98467.
7. The Aetna agent told me he sold me an Aetna policy and even spelled out Aetna letter by letter "A-E-T-N-A."
8. I gave the Aetna agent my bank account information.
9. The Aetna agent said Aetna issued me the policy with policy number ACC7091558. Attached to this declaration and marked as Exhibit A is a true and correct copy of the first and seventeenth page of that policy sent to me by Aetna.
10. Aetna withdrew $144.25 from my bank account for the policy on 11/5/2025. Attached to this declaration and marked as Exhibit B is a true and correct screenshot of that transaction record from my bank account's (Navy Federal) online customer portal with my account balance redacted out for privacy.
11. On 10/28/2025 I received a robocall to my cell phone from a "U.S. Funeral Expenses" selling Aetna final expense insurance.
12. To find out if that was true, I purchased an Aetna policy from the Aetna agent.
13. I gave the Aetna agent my bank account information.
14. The Aetna agent said Aetna issued the policy with policy number ACC7105737.
15. Aetna withdrew $144.25 from my bank account for the policy on 1/30/2026. Attached to this declaration and marked as Exhibit C is a true and correct screenshot of that transaction record from my bank account's (Navy Federal) online customer portal with my account balance redacted out for privacy.



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

Doc ID: 28d728c71ea084d5cb5e657b96cc9696664cfab9

16. I hired Northwest Debt Resolution, LLC, to stop the telemarking calls I was receiving trying to sell final expense insurance. I would advise it about the frequency of communications I was receiving, and it would send do-not-call letters on my behalf.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 22 day of July 2026. Signed at university pl, WA.

Ron Littman

Ron Littman



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

Doc ID: 28d728c71ea084d5cb5e657b96cc9696664cfab9

# EXHIBIT A

CVS Health
Accendo Insurance Company
*part of the CVS Health® family of companies and Aetna affiliate*
PO Box 14770
Lexington, KY 40512-4770

(331) 133002853004

RON LITTMAN
4618 NW 11TH CIR
CAMAS, WA 98607-8413

0010058530041

## Your Personalized Member Website Awaits

Welcome to the Aetna senior products family! As a valued policyholder, you now have access to the secure member portal at AetnaSeniorProducts.com. It's quick and easy to log in and view your policy details anytime, anywhere. To get started on your mobile device, simply scan the QR code provided.

Need help signing up? Our website support team is just a call away at **1-800-587-5139 (TTY: 711)**, Monday through Friday, 8 AM to 5 PM CT.

On the member website, you can:

- View your policy details
- View your claims
- Update your contact and bank information
- View your payment status
- Access the **Member Discount Program** details – including the 20% discount on select CVS Health products
- Sign up for alerts and electronic correspondence
- Chat with one of our customer service representatives

We look forward to serving you.

CVS Health



©2025 Aetna Inc.

# LIFE PRIVACY NOTICE FOR ACCENDO INSURANCE COMPANY

Accendo Insurance Company is part of the CVS Health® family of companies and Aetna affiliate.

rev. 03/20

| FACTS? | WHAT DOES AETNA DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number, checking account information and wire transfer instructions<br>• Medical information, insurance claim history and transaction history<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons we choose to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations or report to credit bureaus. | Yes | No |
| For our marketing purposes – to offer our products and services to you. | No | We don't share |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences. | No | We don't share |
| For our affiliates' everyday business purposes – information about your creditworthiness. | No | We don't share |
| For our affiliates to market to you | No | We don't share |
| For nonaffiliates to market to you | No | We don't share |

| Questions? | Call 1-866-895-6527 or go to www.aetnaseniorproducts.com |
|---|---|

# EXHIBIT B

10:02 5G+ 80%

Transaction Details

**Payment to Aetna**

ACH Debit - Aetnaaccendo Ins Pymt 11100002

**-$144.25**

**Transaction Date** (ET)
November 5, 2025

**Posted Date** (ET)
November 5, 2025

**Balance**
[redacted]

**Transaction Type**
ACH Debit

**Spending Category**
Insurance

These categories can help you track expenses for budgeting purposes. Changing a transaction's category won't affect the rewards it earns or the category assigned to future transactions.

**Add a Note**

# EXHIBIT C

5:54 5G+ 40%

# Transaction Details

**Payment to Aetna**

ACH Debit - Aetnaaccendo Ins Pymt 11100002

**-$144.25**

**Transaction Date** (ET)
January 30, 2026

**Posted Date** (ET)
January 30, 2026

**Balance**
[redacted]

**Transaction Type**
ACH Debit

**Spending Category**
Insurance

These categories can help you track expenses for budgeting purposes. Changing a transaction's category won't affect the rewards it earns or the category assigned to future transactions.

**Add a Note**

© 2026 Navy Federal Credit Union. All rights reserved.
Federally insured by NCUA.