HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | NO: 3:26-cv-05538-TMC<br><br>DECLARATION OF NATHEN BARTON IN SUPPORT OF PLAINTIFF'S RESPONSE TO AETNA HEALTH AND LIFE INSURANCE COMPANY'S MOTIONS TO DISMISS |

1. I, Nathen Barton, am over the age of eighteen and otherwise competent to be a witness in this matter. I make this declaration based on my personal knowledge.
2. I am an employee of Northwest Debt Resolution, LLC.
3. One of my jobs is to prepare and send out cease and desist letters to telemarketers on behalf of clients.
4. On 9/25/25, I drafted a cease-and-desist letter to Aetna Health and Life Insurance Company, addressed to its registered agent, on behalf of Ron Littman, and placed it in the mail the same day, United States postage prepaid. A true and correct copy of that letter is attached to this declaration as Exhibit 1.



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

5. On 10/28/25, I drafted a follow up letter to the 9/25/25 cease-and-desist letter to Aetna Health and Life Insurance Company, addressed to its registered agent, on behalf of Ron Littman, and placed it in the mail the same day, United States postage prepaid. A true and correct copy of that letter is attached to this declaration as Exhibit 2.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 22 day of July 2026. Signed at Camas, WA.

______________________________
Nathen Barton



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

# EXHIBIT 1

September 25, 2025

Dear Sir or Madam,

Hello, I am getting final expense calls and robocalls. I am not really sure why, I didn't ask anyone to call me about final expense insurance.

I keep telling the callers I don't want or need it but they keep calling, so I finally purchased a policy to see who they were calling for, and they sold me Aetna policy ACC7091558.

I didn't buy the policy to because I wanted it, but to find out who keeps calling me. I just need to get fewer text messages and calls. Please put my phone number (253) 604 9365 on your do not call list. If you have shared my number with someone else, please pass along for them to remove my number too.

Thank you,

Ron

# EXHIBIT 2

October 28, 2025

Dear Sir or Madam,

Hello,

If you recall, I wrote you previously about how I came to buy Aetna policy ACC7091558. That previous letter to you is enclosed to bring you up to speed. I have continued to get more unwanted calls and robocalls selling final expense insurance from an "American Benefits".

From the names they gave I believe these are the same callers who sold me the ACC7091558 policy.

On the phone these callers are basically anonymous, the phone numbers they are calling and robocalling from are not working numbers and they won't identify themselves, and of course they won't stop calling, so to find out who is behind the calls, today I again went through the sales process via the phone and purchased an AETNA policy ACC7105737.

Thank you,

Ron