HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | NO: 3:26-cv-05538-TMC<br><br>DECLARATION OF RON LITTMAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO MUTUAL OF OMAHA INSURANCE COMPANY'S MOTIONS TO DISMISS |

1. I, Ron Littman, am over the age of eighteen and otherwise competent to be a witness in this matter. I make this declaration based on my personal knowledge.
2. I am the Plaintiff in the above captioned case.
3. I am a resident of Washington State and was so at all times relevant to the complaint.
4. Between 8/11/25 and 2/20/26 I received a total of twenty-six (26) telemarketing calls, to my personal cell phone, phone number 253-604-9365, from telemarketers trying to sell me final expense policies from Mutual of Omaha Insurance Company.
5. On 12/23/2025 I received an unwanted phone call to my cell phone number from an artificial or prerecorded voice of a woman who said caller that said she was from U.S.



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

Doc ID: a389a14060f2d1295ab00cb518c12a4a9a1d2fdf

Funeral Expenses. The call transferred to a man who said he sold final expense policies from Mutual of Omaha Insurance Company

6. I told him my zip code was 98467 and that I lived in Washington State.
7. I purchased a Mutual of Omaha policy to confirm that he did in fact sell Mutual of Omaha insurance and was a Mutual of Omaha insurance agent. The phone agent told me he sold me a Mutual of Omaha policy. Attached to this declaration and marked as Exhibit A is a true and correct copy of the first page of that policy sent to me by Mutual of Omaha.
8. I gave the phone agent my bank account information.
9. The agent said Mutual of Omaha issued me the policy with policy number BU6302298.
10. On 1/12/26 "United of Omaha" withdrew $53.04 from my bank account for the policy. Attached to this declaration and marked as Exhibit B is a true and correct screenshot of that transaction record from my bank account's (Navy Federal) online customer portal with my account balance redacted out for privacy.
11. On 1/7/2026 I received an unwanted phone call to my cell phone number from an artificial or prerecorded voice of a woman who said caller that said she was from "Infinity Health Clinics". The call transitioned to a man and he said he sold Mutual of Omaha final expense insurance.
12. I told him my zip code was 98467 and that I lived in Washington State.
13. I purchased a Mutual of Omaha policy to confirm that he did in fact sell Mutual of Omaha insurance and was a Mutual of Omaha agent.
14. The agent told me he sold me a Mutual of Omaha policy.
15. I gave the phone agent my bank account information.



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

Doc ID: a389a14060f2d1295ab00cb518c12a4a9a1d2fdf

16. The phone agent said Mutual of Omaha issued me the policy with policy number UR6474446.

17. On 2/3/26 “Mutual of Omaha” notified me that it intended to withdraw $53.04 from my bank account for the policy. Attached to this declaration and marked as Exhibit C is a true and correct screenshot of that notification.

18. On 2/6/2026, I received a call from Isaac who was involved in selling me the 12/23/2025 Mutual of Omaha insurance, and he tried to sell me more Mutual of Omaha insurance.

19. I hired Northwest Debt Resolution, LLC, to stop the telemarking calls I was receiving trying to sell final expense insurance. I would advise it about the frequency of communications I was receiving, and it would send do-not-call letters on my behalf.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 22 day of July 2026. Signed at university pl, WA.

Ron Littman



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

Doc ID: a389a14060f2d1295ab00cb518c12a4a9a1d2fdf

# EXHIBIT A

Underwritten by
**United of Omaha Life Insurance Company**
A Mutual of Omaha Company
3300 Mutual of Omaha Plaza | Omaha, NE 68175

JANUARY 10, 2026

RON LITTMAN
6022 HANNAH PIERCE W RD
APT B
UNIVERSITY PL WA 98467

Dear RON LITTMAN:

Congratulations on the purchase of your new life insurance policy from United of Omaha Life Insurance Company. You have made the right decision to protect the people who are important to you. Thanks to you, their future and your dreams are now secure.

We are privileged that you have chosen United of Omaha for your life insurance needs. We appreciate the confidence and trust that you have placed in our company, and we are dedicated to providing you with superior service. You can be certain that you have made the right choice.

Since 1926, United of Omaha Life insurance Company, a wholly owned subsidiary of Mutual of Omaha Insurance Company, has been the choice for solid, secure protection. Our strong financial strength and stability demonstrate that we will be there for you when you need us.

If you have questions about your coverage, please do not hesitate to contact customer service at 800-365-1416 (Monday-Thursday 7:00 a.m. to 5:30 p.m. (CT), Friday 7:00 a.m. to 5:00 p.m.). In addition, we are available anytime at www.mutualofomaha.com.

Please keep this letter and your policy in a safe place for future reference.

Again, congratulations on your new policy and thank you for choosing United of Omaha. We look forward to serving you for years to come.

Sincerely,

James T. Blackledge
Chairman and
Chief Executive Officer

LL4592

0484000A00

# EXHIBIT B

10:19 • 84%

# Transaction Details

**ACH Debit - United Of Omaha Ins Prem 10400001**

ACH Debit - United Of Omaha Ins Prem 10400001

**-$53.04**

**Transaction Date** (ET)
January 12, 2026

**Posted Date** (ET)
January 12, 2026

**Balance**
[redacted]

**Transaction Type**
ACH Debit

**Add a Note** >

© 2026 Navy Federal Credit Union. All rights reserved.
Federally insured by NCUA.

# EXHIBIT C

8:25 73%

Reminder: Upcoming automat...

Policy Type:

**WHOLE LIFE**

Policy Ending In:

**xxxxxx446**

Payment Amount:

**$53.10**

Withdrawal Date:

**02/03/2026**

Please note: The **Payment Amount** field does not account for any available credits. To see any available credits, please go to

Mutual of Omaha Visit site

Delete Reply Forward Move More