HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | NO: 3:26-cv-05538-TMC<br><br>DECLARATION OF NATHEN BARTON IN SUPPORT OF PLAINTIFF'S RESPONSE TO MUTUAL OF OMAHA INSURANCE COMPANY'S MOTIONS TO DISMISS |

1. I, Nathen Barton, am over the age of eighteen and otherwise competent to be a witness in this matter. I make this declaration based on my personal knowledge.
2. I am an employee of Northwest Debt Resolution, LLC.
3. One of my jobs is to prepare and send out cease and desist letters to telemarketers on behalf of clients.
4. On 12/24/25, I drafted a cease-and-desist letter to Mutual of Omaha Insurance Company, addressed to Mutual of Omaha Insurance Company General Counsel, on behalf of Ron Littman, and placed it in the mail the same day, United States postage prepaid. A true and correct copy of that letter is attached to this declaration as Exhibit 1.



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

5. On 1/8/26, I drafted a cease-and-desist letter to Mutual of Omaha Insurance Company, addressed to its Mutual of Omaha Insurance Company General Counsel, on behalf of Ron Littman, and placed it in the mail the same day, United States postage prepaid. A true and correct copy of that letter is attached to this declaration as Exhibit 2.
6. On 2/6/26, I drafted a cease-and-desist letter to Mutual of Omaha Insurance Company, addressed to its Mutual of Omaha Insurance Company Headquarters, on behalf of Ron Littman, and placed it in the mail the same day, United States postage prepaid. A true and correct copy of that letter is attached to this declaration as Exhibit 3.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 22 day of July 2026. Signed at Camas, WA.

Nathen Barton



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

# EXHIBIT 1

I write to remind you that I am completely satisfied with my current insurance arrangements, and I am not currently in need of additional benefits and I would still prefer that no sales calls or text messages —regarding insurance or any other services—be initiated by your company or its affiliates. I write because I have been getting many unwanted calls from "US Funeral Expenses". I received a call from them and they transferred me to an Isaac Reed with phone number 908 664 1503 who then transferred me to a Randy Day with license WA017 3256 sold me your policy # BU6302298. I do not want this policy, I just purc-hased it to understand who was calling and for who. Cancel and don't charge me for a policy resulting from an illegal call. The purpose of this letter is to request that all promotional outreach to my number be discontinued. I never want another call or text message pitching insurance, additional benefits, or any other good or service from anyone associated with your organization or your subsidiaries. Please ensure that this preference is immediately forwarded to anyone promoting your products, any affiliated organizations, and any external partners / subsidiaries who might market their goods or services to my phone number. I respectfully request that they all remove my phone number, 253 604 9365, from all their respective telemarketing databases. Call me with any questions. Ron in WA.

16022 Hannah Pierce Rd W
University PL WA 98467

Mutual Of Omaha
c/o General Counsel
Mutual Of Omaha Plaza
Omaha, NE 68175

Return to sender if unable to be delivered to addressee

# EXHIBIT 2

Sadly I must write you again. If you recall I previously wrote to you about my getting many unwanted calls from "US Funeral Expenses". I received a call from them and they transferred me to an Isaac Reed with phone number 908 664 1503 who then transferred me to a Randy Day with license WA017 3256 sold me your policy # BU6302298. I did not want this policy, I just purchased it to understand who was calling and for who. Today I received another unwanted phone call pitching final expense insurance and once again they were selling policies for you. A David Anderson sold me Mutual of Omaha policy UR6474446. I asked you on the prior policy to cancel and don't charge me for a policy resulting from an illegal call and I again ask for the same here. Stop all promotional outreach to my phone number. I never want another call or text message pitching insurance, additional benefits, or any other good or service from anyone associated with your organization or your subsidiaries. Please ensure that this preference is immediately forwarded to anyone promoting your products, any affiliated organizations, and any external partners / subsidiaries who might market goods or services to my phone number. I respectfully request that they all remove my phone number, 253 604 9365, from all their respective telemarketing databases. Call me with any questions. Ron in Washington State.

16022 Hannah Pierce Rd W
University PL WA 98467

Mutual Of Omaha
c/o General Counsel
Mutual Of Omaha Plaza
Omaha, NE 68175

**Return to sender if unable to be delivered to addressee**

# EXHIBIT 3

Hello I have received many unwanted final expense insurance calls from "US Funeral Expenses" and "American Benefits" and "Senior Benefits" and combinations of these names and variations on these names. During one call in the past they transferred me to an Isaac Reed with phone number 908 664 1503. He called me again today offering me a Mutual of Omaha final expense insurance policy. Stop all sales outreach to my phone number. I never want another call or text message pitching insurance, additional benefits, or any other good or service from anyone associated with your organization or your subsidiaries. Please ensure that this preference is immediately forwarded to anyone promoting your products, any affiliated organizations, and any external partners / subsidiaries who might market goods or services to my phone number. I respectfully request that they all remove my phone number, 253 604 9365, from all their respective telemarketing databases. Call me with any questions about these calls. Together we can silence the ringing phone that is driving me crazy. Ron in Washington State.

16022 Hannah Pierce Rd W
University PL WA 98467

UNITED STATES OF AMERICA
FOREVER/USA

Mutual Of Omaha
3300 Mutual of Omaha Plaza
Omaha, Nebraska 68175

**Return to sender if unable to be delivered to addressee**