The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No. 3:26-CV-05538-TMC<br><br>**DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S AMENDED RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1(a), Defendant Mutual of Omaha Insurance Company makes the following disclosure(s).

Mutual of Omaha Insurance Company is not a publicly traded company and no publicly traded company owns more than 10% of its stock. It is the parent company of East Campus Realty, LLC, Enrollment Alliance, LLC, Mutual DMLT Holdings, LLC, Mutual of Omaha Holdings, Inc., Mutual of Omaha Strategic Alliance, LLC, Omaha Financial Holdings, Inc., Omaha Health Insurance Company, Omaha Supplemental Insurance Company, Turner Park North, LLC, and

//

//



SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

United of Omaha Life Insurance Company. Mutual of Omaha Insurance Company is wholly owned by Mutual of Omaha Holding Company.

Dated: August 6, 2026

SNELL & WILMER L.L.P.

By: s/Mallory L. B. Satre
s/Benjamin C. Woodruff
Mallory L. B. Satre, WSBA #50194
Benjamin C. Woodruff, WSBA #56618
SNELL & WILMER L.L.P.
600 University Street, Suite 310
Seattle, WA 98101-3122
Telephone: 206.741.1420
Email: msatre@swlaw.com; bwoodruff@swlaw.com

WATSTEIN TEREPKA LLP

By: s/Patrick J. Fitzgerald
s/Jenna S. Schneider (pro hac vice)
Patrick J. Fitzgerald, WSBA #62484
Jenna S. Schneider (*pro hac vice*)
WATSTEIN TEREPKA LLP
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 400-3382
pfitzgerald@wtlaw.com
jschneider@wtlaw.com

*Attorneys for Defendant Mutual of Omaha Insurance Company*