The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | No. 3:26-cv-05538-TMC<br><br>**DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS THE CLASS ACTION COMPLAINT** |

Defendant Mutual of Omaha Insurance Company submits this notice of supplemental authority, which is pertinent to the issues raised in its Motion to Dismiss. The following authority was issued after the parties completed briefing:

> *Giles v. Am. Int'l Grp., Inc.*, No. 1:25-cv-00580-BLW-REP, ECF No. 32 (D. Idaho Aug. 4, 2026) (Patricco, M.J.) (recommending dismissal of parent company for lack of personal jurisdiction and finding jurisdictional discovery unwarranted), *report and recommendation adopted*, No. 1:25-cv-00580-BLW-REP, ECF No. 33 (D. Idaho Aug. 19, 2026) (Winmill, J.).

> *Black v. USHealth Advisors, LLC*, No. 1:25-cv-1365-CLM, ECF No. 45 (N.D. Ala. Sept. 21, 2026) (Maze, J.) (dismissing parent company from TCPA do-not-call action for lack of personal jurisdiction).

True and correct copies of the *Giles* report and recommendation, and the decision adopting the report and recommendation, are attached as **Exhibit A**. A true and correct copy of the *Black* decision is attached as **Exhibit B**. Defendant is prepared to address these decisions at the hearing or in supplemental briefing, should the Court so request.

DATED: October 15, 2026


*<u>/s/ Jenna S. Schneider</u>*
**SNELL & WILMER LLP**
Mallory L.B. Satre, WSBA #50194
msatre@swlaw.com
Benjamin C. Woodruff, WSBA #56618
bwoodruff@swlaw.com

**WATSTEIN TEREPKA LLP**
Patrick J. Fitzgerald, WSBA #62484
pfitzgerald@wtlaw.com
Jenna S. Schneider (*pro hac vice*)
jschneider@wtlaw.com
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309

*Counsel for Defendant Mutual of Omaha Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused to be served a courtesy copy of the foregoing via email, and electronically filed the foregoing via the Clerk of Court using the CM/ECF system which will send notifications of such filing to the following:

Peter Schneider
Northwest Debt Resolution, LLC
10900 4th Street, Suite 2300
Bellevue, WA 98004
Peter@nwdebtresolution.com

*Counsel for Plaintiff*

Mark S. Eisen
Benesch Law
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
meisen@beneschlaw.com

*Counsel for Defendant*
*Aetna Health and Life Insurance Company*

DATED: October 15, 2026

*/s/ Jenna S. Schneider*
Jenna S. Schneider

*Counsel for Defendant Mutual of Omaha Insurance Company*